IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60541
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTHONY LEWIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. W-91-CR-5-B
- - - - - - - - - -
July 9, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Anthony Lewis has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967), and
Lewis has filed a response.  Our independent review of the briefs
and record discloses no nonfrivolous issue.  Accordingly, counsel
is excused from further responsibilities herein, and the appeal
is dismissed.

        MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.